UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 18-00713-DSF (MRWx)                                      Date:  March 14, 2019

Title      Ryan Prasad v. Ford Motor Company, et al.

Present: The Honorable:   DALE S. FISCHER, UNITED STATES DISTRICT JUDGE

|  V.R. Vallery  |  None Present  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION AND FAILURE TO COMPLY WITH COURT ORDERS AND ORDER VACATING AND RESETTING PRETRIAL CONFERENCE AND TRIAL DATE

On May 7, 2018, this Court set a pretrial conference date of March 18, 2019. Pursuant to the Court's Order re Jury Trial, the proposed pretrial conference order and proposed jury instructions should have been lodged no later than March 4. Memoranda of contentions of fact and law, witness lists, and a joint exhibit list were to be filed no later than February 25. As of this date, Plaintiff has filed no such documents.

The pretrial conference and trial dates are vacated.

Plaintiff is ordered to show cause on April 1, 2019 at 3:00 p.m. why this action should not be dismissed for lack of prosecution and failure to comply with this Court's orders. Plaintiff may show cause by submitting a proposed pretrial conference order, memorandum of contentions of fact and law, witness and exhibit lists no later than March 25, 2019. Neither party has submitted proposed jury instructions. Pursuant to Section III.B.8 of the Order re Jury Trial, jury trial is deemed waived. If Plaintiff submits documents that comply with this Court's orders and the Local Rules, a pretrial conference will be held on April 1, 2019 at 3:00 p.m. If Plaintiff fails to submit such documents and fails to show cause why this action should not be dismissed, the action will be dismissed with prejudice.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | CV 18-00713-DSF (MRWx) | Date: March 14, 2019 |
| Title | Ryan Prasad v. Ford Motor Company, et al. | |

Mandatory paper copies of all documents are to be submitted to chambers.

|  | : |
|---|---|
| **Initials of Preparer** | VRV |